UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3335
_____

HS REAL COMPANY, LLC and
COLIN HALPERN,

<u>Appellants</u>

v.

ELLIS LESTER SHER

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-12-cv-00087)
District Judge: Hon. Stanley R. Chesler

_____

Argued April 18, 2013

BEFORE: AMBRO, HARDIMAN and COWEN,  <u>Circuit Judges</u>

_____

JUDGMENT
_____

This cause came on to be considered on the record on appeal from the United States District Court for the District of New Jersey and was argued on April 18, 2013.  On consideration whereof, it is hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court

entered on July 24, 2012, be and the same hereby is affirmed.  All of the above in accordance with the opinion of this Court.  Costs taxed against Appellants.

                                                   ATTEST:

                                                 <u>/s/Marcia M. Waldron</u>
                                                 Clerk

DATED: May 15, 2013